UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTA M. PABON | : | |
| vs. | : | CASE NO. 3:00C00380(DJS) |
| JOSEPH RECKO, ET AL | : | |

RULING ON PLAINTIFF'S BILL OF COSTS

Before the Clerk is plaintiff's bill of costs filed March 17, 2003. Defendants Joseph Recko and the State Credit Adjustment Bureau filed their objection on April 7, 2003, stating that the bill of costs is premature as plaintiff retains claims against said defendants.

On March 10, 2003, the Honorable Thomas P. Smith, United States Magistrate Judge, denied plaintiff's application for attorney's fees without prejudice to be refiled when appeal is resolved and judgment becomes final.

To date, the record of the case remains the same as on March 10, 2003.

Accordingly, plaintiff's bill of costs is denied without prejudice to be refiled when judgment becomes final.

Dated at Hartford, Connecticut, this 19th day of April, 2004.

KEVIN F. ROWE, Clerk

By: /s/
Mary A. Wiggins
Deputy-in-Charge