UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARTA M. PABON

V.                                           NO. 3:00CV380 (DJS)(TPS)

JOSEPH RECKO
STATE CREDIT ADJUSTMENT BUREAU, INC.
JOHN FERRANTI

### DISMISSAL OF CLAIMS

The parties have agreed to entry of judgment for plaintiff in the maximum amount of statutory damages plus fees and costs, and plaintiff has waived any other relief. Plaintiff having obtained the maximum relief to which she is entitled, all currently unadjudicated claims by the plaintiffs and defenses by the remaining defendants, State Credit Adjustment Bureau, Inc., and Joseph Recko, are dismissed as moot pursuant to Fed. R. Civ. P. 41(b) and Fox v. Board of Trustees of State Univ. Of New York, 42 F. 3d 135, 140 (2d Cir. 1994).

Final Judgment shall enter accordingly.

Dated at Hartford, Connecticut this 10th day of May, 2004.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge