UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

| | |
|---|---|
| MARTA PABON<br>    Plaintiff | : CIVIL NO: 3:00 CV00380(DJS) |
| VS. | : |
| JOSEPH RECKO, STATE CREDIT<br>ADJUSTMENT BUREAU, INC., &<br>JOHN FERRANTI<br>    Defendants | :<br>:<br>: April 22, 2004 |

## AGREED JUDGMENT

The parties agree that damages may be entered by the Court in the sum of $1,000.00 for each of the two violations for the Fair Debt Collections Practices Act found by the Court by the Defendants, State Credit Adjustment Bureau, Inc., and Joseph Recko, for a total judgment in the aggregate of $2,000.00, plus costs and fees to be determined by the Court. The Plaintiff waives any claim for other relief.

THE DEFENDANTS,
STATE CREDIT ADJ. BUREAU &
JOSEPH RECKO

By /s/ _____
Laurence P. Nadel
Of:  Laurence P. Nadel, P.C.
261 Bradley St.
New Haven, CT 06511
Tel. No: 777-8356
Fed. No. CT. 05929

THE PLAINTIFF,
MARTA PABON


By _____
Joanne S. Faulkner,
CT 04137

JOANNE S. FAULKNER
123 AVON STREET
NEW HAVEN, CT 06511

SO ORDERED
5/14/04