UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARTA M. PABON

V.                                                              CASE NO. 3:OOCV380 (DJS) (TPS)

JOSEPH RECKO
STATE CREDIT ADJUSTMENT BUREAU, INC.
JOHN FERRANTI                                          May 19, 2004

## PLAINTIFF'S FEE APPLICATION

Plaintiff applies for an award of fees against defendants Recko and SCAB in the sum of $ 27,570.00.  Plaintiff prevailed on her motion for partial summary judgment. Doc. No. 100, adopted and approved on May 22, 2001 (Doc. No. 110).   The parties stipulated to the maximum statutory damages and judgment has entered accordingly.

Counsel submits a memorandum and an affidavit as to time and experience herewith.

THE PLAINTIFF


BY___/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 065l1-2422
(203) 772-0395

This is to certify that the foregoing was mailed on May 19, 2004, postage prepaid, to:

Laurence Nadel
261 Bradley Street
New Haven CT 06511

__/s/ Joanne S. Faulkner___
Joanne S. Faulkner