UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA PABON<br>Plaintiff | :<br>:CIVIL NO: 300 CV380DJS |
| VS. | : |
| JOSEPH RECKO, & STATE CREDIT<br>ADJUSTMENT BUREAU, INC.,<br>Defendants | :<br>:<br>: May 17, 2004 |

## NOTICE OF APPEAL

1.   Pursuant to F.R.A.P. 4(a)(1), the Defendants, State Credit Adjustment Bureau, Inc., and Joseph Recko, hereby give notice and appeal to the United States Court of Appeals for the Second Circuit from the following Judgments or Orders.

   a.   RECOMMENDED RULING ON CROSS MOTIONS dated April 25, 2001, of Magistrate Thomas P. Smith granting Plaintiff's Motion for Summary Judgment against State Credit Adjustment Bureau, Inc., and Joseph Recko. More particularly those portions of the Recommended Ruling from which this Appeal is taken are items ##1 & 2 found in the RECOMMENDED RULING'S Conclusion on Page 26:[1]

---

[1] [1] Judgment as a matter of law should enter for the Plaintiff on her claims that the defendants State Credit and Recko sued her in an improper venue, and also filed a bank execution against her in an improper venue in violation of 15 USC #1692i;

1

  b. Denial by the Honorable Dominic J. Squatrito of Appeal by State Credit Adjustment Bureau, Inc., and Joseph Recko from RECOMMENDED RULING ON CROSS MOTIONS described above.

  c. Judgment based upon the RECOMMENDED RULING dated May 21, 2002, and again on May 14, 2004.

 2 [a] The RECOMMENDED RULING ON CROSS MOTIONS by Magistrate Thomas P. Smith was entered on April 25, 2001.

  [b] The denial of the Appeal by the Honorable Dominic J. Squatrito was entered on May 21, 2001.

  [c] Judgment based upon the RECOMMENDED RULING dated May 24, 2002 and again on May 14, 2004.

THE DEFENDANTS, STATE
CREDIT ADJUSTMENT
BUREAU, INC, AND JOSEPH
RECKO

By /s/ Laurence P. Nadel

Of: Laurence P. Nadel, P.C.
261 Bradley St.
New Haven, CT 06511
Tel. No: 777-8356
Fed. No. CT. 05929

---

[2] Judgment as a matter of law should enter for the plaintiff on her claims that defendants violated the FDCPA by sending plaintiff a communications regarding debt collection after they learned that she was represented by counsel in violation of 15 USC 1692c(a)(2);

## CERTIFICATION

I hereby certify that I have sent a copy on May 17, 2004, of the foregoing NOTICE OF APPEAL by first class mail, postage prepaid to Joanne Faulkner, Esq. 123 Avon St., New Haven, CT 06511.

Laurence P. Nadel, Esq.