UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN -2  P 12: 54

U.S. DISTRICT COURT
HARTFORD, CT.

MARTA PABON
   Plaintiff
   vs.

:CIVIL ACTION NO: CV00380(DJS)

JOSEPH RECKO, STATE CREDIT
ADJUSTMENT BUREAU, INC., &
JOHN FERRANTI
   Defendants

: June 1, 2004

## DEFENDANT JOSEPH RECKO'S AND STATE CREDIT'S OBJECTION TO BILLS OF COSTS

The Defendants, State Credit Adjustment Bureau, Inc., and Joseph Recko, hereby object to the Plaintiff's bill of costs dated May 14, 2004 for the following reasons:

1. The Plaintiff seeks witness fees for the deposition of John Ferrante in the sum of $376.60. These fees are properly sought against John Ferranti, a codefendant.

John Ferranti has settled this matter, and the calculation by the Plaintiff presumably included the fees for his deposition.

2. The Plaintiff seeks fees for the deposition of John Vechitto and a subpoena of John Vechitto in the respective amounts of $253.08 and $66.76, and a court entry fee of $150.00. Those costs should be allocated equally between John Ferranti, a codefendant and the undersigned defendants. Presumably, this is what occurred when the defendant, John Ferranti, settled the matter. Thus the amount taxable against the

undersigned defendants should be $234.82.

                    THE DEFENDANT
                    JOSEPH RECKO & STATE CREDIT

By_____
      Laurence P. Nadel
Of:  Laurence P. Nadel, P.C.
     261 Bradley St.
     New Haven, CT  06511
     Tel. No: 777-8356
     Fed. No. CT. 05929

## CERTIFICATION

I hereby certify that I have sent a copy on June 1, 2004, of the foregoing First Request by first class mail, postage prepaid to Joanne Faulkner, Esq. 123 Avon St., New Haven, CT 06511.

_____
Laurence Nadel, Esq.