UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARTA PABON
   Plaintiff
   vs.

:CIVIL ACTION NO: CV000380 PCD

JOSEPH RECKO, STATE CREDIT
ADJUSTMENT BUREAU, INC., &
JOHN FERRANTI
   Defendants

: June 1, 2004

FILED
2004 JUN -2 P 12: 54
U.S. DISTRICT COURT
HARTFORD, CT.

### DEFENDANT JOSEPH RECKO'S AND STATE CREDIT'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FEE APPLICATION AND BILLS OF COSTS

The Defendants, State Credit Adjustment Bureau, Inc., and Joseph Recko, hereby make their **first** request for an extension and enlargement of time in which to answer or otherwise respond to the Plaintiff's Fee Application and Plaintiff's Bill of Costs dated May 19, 2004. The extension so requested is for a period through the thirtieth day following the disposition of the Appeal of the Defendants now pending before the Second Circuit Court of Appeals.

The Request is made for the following reasons:

1. If the judgment in favor of the Plaintiff is upheld by the Second Circuit, then the Plaintiff will seek additional counsel fees for her services in connection with her defense of the Appeal.

2. If the judgment in favor of the Plaintiff is reversed, then the award of fees and costs will be vacated, or null and void.

Thus, hearing the Plaintiff's claim for fees and costs before the

disposition of the Appeal will prove to be inconclusive, and will be an unwise expenditure of time and effort.

3. Of note is that a prior application was made by the Plaintiff's counsel in 2002 prior to the taking of an appeal by the Defendants. The Plaintiff's counsel then thought that such an application was necessary at that time to preserve the rights of the Plaintiff. A similar extension to this one was requested by the undersigned. The extension request was granted.

Defendants' Counsel has inquired of the Plaintiff's counsel whether this request can be granted with her agreement. Counsel for the Plaintiff does *not* consent to this Request for Extension of Time.

        THE DEFENDANT
        JOSEPH RECKO & STATE
        CREDIT

        By_____
        Laurence P. Nadel
Of:  Laurence P. Nadel, P.C.
     261 Bradley St.
     New Haven, CT 06511
     Tel. No: 777-8356
     Fed. No. CT. 05929

### CERTIFICATION

I hereby certify that I have sent a copy on June 1, 2004, of the foregoing First Request by first class mail, postage prepaid to Joanne Faulkner, Esq. 123 Avon St., New Haven, CT 06511.

_____
Laurence Nadel, Esq.