**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **MARTA PABON** | : |
| **Plaintiffs** | |
| | |
| **v.** | : **CIVIL NO.: 3:00cv380(DJS)** |
| | |
| **JOSEPH RECKO, ET AL** | : |
| **Defendants** | |

**ORDER**

Defendant Joseph Recko's and State Credit's First Request for Extension of Time to

Respond to Plaintiff's Fee Application and Bills of Costs (Doc. #164) is hereby

**GRANTED**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___10th___ day of June, 2004.


_/s/DJS_____
Dominic J. Squatrito
United States District Judge