

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007**

Roseann B. MacKechnie
CLERK

Date: 9/10/04
Docket Number: 04-3105-cv
Short Title: Pabon v. Recko
DC Docket Number: 00-cv-380
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Dominic Squatri

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square in the City of New York, on the 10th day of September two thousand four.

Marta M. Pabon,

  Plaintiff-Appellee,

v.

Joseph Recko, State Credit Adjustment Bureau and John Ferranti,

  Defendants-Appellants.

A scheduling order in accordance with the Civil Appeals Management Plan of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is dismissed.

Very truly yours,
Roseann B. MacKechnie, Clerk
By:
Dawn Brown
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by
DEPUTY CLERK

CERTIFIED: SEP 21 2004