UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARTA M. PABON

V.                                                    CASE NO. 3:OOCV380 (DJS) (TPS)

JOSEPH RECKO
STATE CREDIT ADJUSTMENT BUREAU, INC.          November 13, 2004


**PLAINTIFF'S SUPPLEMENTAL INFORMATION RE COSTS**

The Clerk denied costs for the depositions of Ferranti and Vecchitto subject to

plaintiff's showing how these were used in the preparation of the case. First, the depositions

were submitted in support of summary judgment, Doc. No. 76 at Ex. 9, 10. They were used in

support of plaintiff's Local Rule 9(c)1 Statement at ¶¶ 12, 46, 47, 49, 50, 51, 52, 53, 54, 56,

57, 58, 61, 62. Since plaintiff was successful in her motion for summary judgment, the cost of

those depositions should be allowed. D. Conn. Local Rule 54(c) 2(ii) allows the costs where

the depositions are "used in support of a successful motion for summary judgment." Second,

the undersigned affirms that they were necessarily obtained for the preparation of the case.

Depositions of defendants and of a third party witness are recognized as essential to gather

facts in preparation of the case. Third, aside from the summary judgment ruling, Defendants

conceded liability in the maximum amount of damages. The award of costs should recognize

that success. Fourth, Defendants conceded that the costs for deposition of Vecchitto were

proper, but merely claimed that defendants' share of the costs should be $234.82. Since no

judgment entered against co-defendant Ferranti, it is proper to tax the entire amount to these

defendants.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
         JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was mailed on November 13, 2004, postage prepaid, to:

Laurence Nadel
261 Bradley Street
New Haven CT 06511

___/s/ Joanne S. Faulkner__
Joanne S. Faulkner