# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARTA PABON** | : | |
|     Plaintiffs | | |
| | | |
| v. | : | CIVIL NO.: 3:00cv380(DJS) |
| | | |
| **JOSEPH RECKO, ET AL** | : | |
|     Defendants | | |

## ORDER

Upon a full and *de novo* review and pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 72.2(b) of the Local Rules for United States Magistrate Judges (D. Conn.), Magistrate Judge Thomas P. Smith's Recommended Ruling (Doc. #171), is **APPROVED** and **ADOPTED** as the Ruling of this Court, absent objection.

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this ___1st___ day of March, 2005.


                                             /s/DJS_____
                                             Dominic J. Squatrito
                                             United States District Judge