# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Martha Pabon

v.

Joseph Recko   et al

**APPEARANCE**

CASE NUMBER: *3:00* CV 00380 (DJS)

To the Clerk of this court and all parties of record:

Enter my appearance, in addition to the appearance(s) already on file for:

**the Plaintiff, Martha Pabon.**

| | |
|---|---|
| June 18, 2008 | _signature_ |
| Date | Signature |
| ct26694 | Paulo M. Louro |
| CT Federal Bar No. | Print Clearly or Type Name |
| (203) 772-4134 | 142 Temple Street |
| Telephone Number | Address |
| (203) 772-4472 | New Haven, CT 06509 |
| Fax Number | |
| paulo@jacobsandrozich.com | |
| E-mail address | |

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on June 18, 2008, a copy of foregoing appearance was served by first class mail to the following parties of record:

**Bradford J. Chaucer**
Chaucer & Rosado
139 Orange St.
Suite 302
New Haven, CT 06510-3111

**Richard William Callahan**
Pite & Brown
45 Court St.
New Haven, CT 06511

**Joanne S. Faulkner**
Law Offices of Joanne Faulkner
123 Avon St.
New Haven, CT 06511-2422

**Laurence P. Nadel**
261 Bradley St.
New Haven, CT 06511

PAULO M. LOURO
JACOBS & ROZICH, LLC
P.O. Box 1952
142 Temple Street
New Haven, CT 06509
(203) 772-4134
CT Federal Bar No.: ct26694
paulo@jacobsandrozich.com