UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Marta Pabon

v.

State Credit Adjustment Bureau

CIVIL ACTION NO. 3:00cv380 (djs)

MOTION FOR APPOINTMENT OF PERSON
TO SERVE PROCESS

Plaintiff moves this Court to appoint __Sanford Sheftel__, a qualified person over eighteen (18) years of age, residing in __Meriden__, Connecticut, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.)

Dated at __New Haven__, Connecticut, this __20__ day of __June__, 20 __08__.

_____Attorney for Plaintiff

SO ORDERED.

ROBERTA D. TABORA, CLERK

By:_____
  _____Deputy Clerk

Dated:_____, _____

Rev 10/1/07

# JACOBS & ROZICH, LLC

142 TEMPLE STREET
P. O. BOX 1952
NEW HAVEN, CONNECTICUT 06509
TELEPHONE: (203)772-4134 ext. 21
TELEFAX: (203) 772-4472

E-MAIL: PAULO@JACOBSANDROZICH.COM

PAULO M. LOURO *
Also admitted in MA

CHESHIRE OFFICE

THERESA M. FIG-BONADIES
LEGAL ASSISTANT

315 HIGHLAND AVENUE
CHESHIRE, CONNECTICUT 06410

June 20, 2008

United States District Court - District of Connecticut
Civil Clerk's Office
450 Main Street
Hartford, CT 06103

Re:   *Pabon v. Recko et al*
      *Docket no.   3:00CV380 (DJS)*

Dear Clerk:

With respect to the above matter, enclosed, please find:

1. A motion for appointment of person to serve process.

If you have any questions, please contact me at the above number. Thank you in advance for your time.

Very truly yours

Paulo M. Louro
Attorney for the Plaintiff

PML/pl

Enclosure